# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| PACIFIC COAST MARINE WINDSHIELDS LIMITED, a foreign corporation,<br><br>        Plaintiff,<br>v.<br><br>MALIBU BOATS, LLC, a California limited liability company, MARINE HARDWARE, INC.,TRESSMARK, INC., MH WINDOWS, LLC and JOHN F. PUGH,<br><br>        Defendants. | Case No.  6:12-CV-00033-JA-DAB |

## NOTICE OF SETTLEMENT

The parties hereby give notice, pursuant to Local Rule 3.08(a), that they have agreed upon terms of settlement of the above-captioned action.  In view of the settlement, the parties respectfully request that the Court administratively dismiss the case as specified in Local Rule 3.08(b).

Respectfully submitted this 16th day of September 2014.

                                    s/ Ava K. Doppelt
                                    Ava K. Doppelt
                                    Florida Bar No. 39378
                                    adoppelt@addmg.com
                                    Ryan T. Santurri
                                    Florida Bar No. 0015698
                                    rsanturri@addmg.com
                                    Allen, Dyer, Doppelt, Milbrath
                                    & Gilchrist, PA
                                    255 S. Orange Ave., Suite 1401
                                    Orlando, Florida 32801
                                    Telephone: (407)841-2330
                                    Facsimile: (407)841-2343

Robert E. Rohde
WSBA# 12809
brohde@rvk-law.com
Al Van Kampen
WSBA # 13670
avk@rvk-law.com
Nathan T. Paine
WSBA # 34487
napine@rohdelaw.com
Rohde & Van Kampen, PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154
Telephone: (206) 386-7353
Facsimile: (206) 405-2825

Attorneys for Plaintiff Pacific Coast Marine Windshields Limited and Counterclaim-Defendant Daren Bach

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2014, I electronically-filed the foregoing using the Management/Electronic Case Filing ("CM/ECF") System, which will send a notice of electronic filing to the following CM/ECF Participants:

| | |
|---|---|
| Darin W. Snyder, Esq.<br>dsnyder@omm.com<br>Brian M. Berliner, Esq.<br>bberliner@omm.com<br>Steven P. Basileo, Esq.<br>sbasileo@omm.com<br>O'MELVENY & MYERS LLP<br>400 S. Hope Street<br>Los Angeles, CA 90071-2899<br>Telephone: (213) 430-6000<br><br>Jeffrey D. Keiner, Esq.<br>Jeffery.keiner@gray-robinson.com<br>Trevor B. Arnold, Esq.<br>tarnold@gray-robinson.com<br>Gray Robinson, P.A.<br>Post Office Box 3068<br>Orlando, FL 32802-3068<br>Telephone: (407) 843-8880<br><br>*Attorneys for Defendants, Malibu Boats, LLC and Tressmark, Inc.* | W. Barry Blum<br>Abblum@gjb-law.com<br>Martin J. Keane, Jr.<br>mkeane@gjb-law.com<br>Genovese, Joblove & Battista, P.A.<br>44th Floor<br>100 SE 2nd Street<br>Miami, FL 33131-2311<br>Telephone: (305) 349-2300<br><br>Mark P. Walters<br>Walters@lowegrahamjones.com<br>Lowe Graham Jones<br>701 Fifth Avenue, Suite 4800<br>Seattle, WA 98104<br>Telephone: (206) 381-3300<br>Facsimile: (206) 381-3301<br><br>*Attorneys for Defendants Marine Hardware, Inc., MH Window, LLC and John F. Pugh* |

s/Ava K. Doppelt