UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PACIFIC COAST MARINE
WINDSHIELDS LIMITED,

      Plaintiff,

v.                                                                            Case No: 6:12-cv-33-Orl-28DAB

MALIBU BOATS, LLC, MARINE
HARDWARE, INC., TRESSMARK, INC.,
MH WINDOWS, LLC and JOHN F.
PUGH,

      Defendants.

## ORDER OF DISMISSAL

The Court has been advised by the parties that the above-styled action has been completely settled (Doc. 442).

Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this case is hereby **DISMISSED** subject to the right of any party, within sixty days from the date of this Order, to move the Court for entry of a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. All pending motions are **DENIED as moot**. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Orlando, Florida, on September 16, 2014.

                                                                 JOHN ANTOON II
                                                                 United States District Judge

Copies furnished to:
Counsel of Record