**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PACIFIC COAST MARINE WINDSHIELDS
LIMITED, a foreign corporation,

        Plaintiff,

-vs-                                      Case No. 6:12-cv-33-Orl-28DAB

MALIBU BOATS, LLC, a California
limited liability company, MARINE
HARDWARE, INC., TRESSMARK, INC.,
MH WINDOWS, LLC, JOHN F. PUGH,

        Defendants.
_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

Upon consideration of the Stipulated Motion to Dismiss (Doc. No. 445), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, with each party to bear its own fees and costs. All pending motions are **DENIED** as moot.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __14__ day of October, 2014.

                                                    JOHN ANTOON II
                                                  United States District Judge

Copies furnished to:
Counsel of Record